**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALEXIS JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15-cv-00743-SCJ-LTW |
| ) | |
| NORTHSTAR LOCATION SERVICES, ) | |
| LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, ALEXIS JACKSON, ("Plaintiff"), through her attorney, HORMOZDI LAW FIRM, LLC informs the Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.


May 18, 2015              By: /s/ Shireen Hormozdi
                              Shireen Hormozdi
                              Hormozdi Law Firm, LLC
                              1770 Indian Trail Lilburn Road, Suite 175
                              Norcross, GA 30093
                              Tel: 678-395-7795
                              Fax: 866-929-2434
                              E-mail: shireen@norcrosslawfirm.com
                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On May 18, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to defense counsel, Christina Spiezia, at cspiezia@gordonrees.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi