**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ALEXIS JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-00743-SCJ-LTW |
| | ) | |
| NORTHSTAR LOCATION SERVICES, | ) | |
| LLC | ) | |
| | ) | |
| Defendant. | ) | |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Plaintiff, ALEXIS JACKSON ("Plaintiff"), through her attorney, HORMOZDI LAW FIRM, LLC and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendants NORTHSTAR LOCATION SERVICES, LLC


June 18, 2015                    By:  /s/ Shireen Hormozdi
                                 Shireen Hormozdi
                                 Hormozdi Law Firm, LLC
                                 1770 Indian Trail Lilburn Road, Suite 175
                                 Norcross, GA 30093
                                 Tel: 678-395-7795
                                 Fax: 866-929-2434
                                 E-mail: shireen@norcrosslawfirm.com
                                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On June 18, 2015, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to defense counsel, Christina Spiezia, at cspiezia@gordonrees.com.

By: /s/ Shireen Hormozdi
       Shireen Hormozdi